In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00333-CV**
_____

**RIVER PLANTATION COMMUNITY IMPROVEMENT ASSOCIATION,**
**Appellant**

**V.**

**MELISSA E. MINIERI AND ROBERT K. MINIERI, Appellees**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-11-15275-CV**

**MEMORANDUM OPINION**

River Plantation Community Improvement Association, Appellant, filed an agreed motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 12, 2023
Opinion Delivered June 13, 2023

Before Golemon, C.J., Horton and Johnson, JJ.